UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br>    Plaintiffs,<br>vs.<br>BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH, AND STEPHEN SETO,<br>    Defendants. | Case No. 4:18-cv-06343-HSG (lead case)<br>Action Filed: October 16, 2018<br><br>Related Case No. 3:20-cv-00815-JSW<br>Action Filed: February 5, 2020<br><br>**REVISED<br>SCHEDULING ORDER** |
| BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH, AND STEPHEN SETO,<br>    Third Party Plaintiffs,<br>vs.<br>MERLIN LAW GROUP, P.A., DENISE SZE, MICHAEL DUFFY, WILLIAM F. "CHIP" MERLIN, and LAST & FAORO,<br>    Third Party Defendants. | |

On June 30, 2022, the parties filed a Joint Stipulation for an order extending time. Having considered the parties' proposal, the Court revises and sets the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | *Revised Scheduling Order* |
|---|---|
| Close of Fact Discovery | October 3, 2022 |
| Exchange of Opening Expert Reports | October 31, 2022 |
| Exchange of Rebuttal Expert Reports | November 30, 2022 |
| Close of Expert Discovery | January 15, 2023 |
| Dispositive Motion Hearing Deadline | January 26, 2023<br>At 2:00 p.m. |
| Pretrial Conference | April 11, 2023 at 3:00 p.m. |
| Jury Trial (5 days) | April 24, 2023 at 8:30 a.m. |

     These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 7/1/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge