JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
PETER H. BALES, Bar No. 251345
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:     (415) 397-2222
Facsimile:     (415) 397-6392
Email:         jmcmonigle@longlevit.com
               jmacgregor@longlevit.com
               pbales@longlevit.com

Attorneys for Defendants and Third Party Defendants
MERLIN LAW GROUP, PA, WILLIAM MERLIN, MICHAEL DUFFY and DENISE SZE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH, and STEPHEN SETO,<br><br>　　　　Defendants. | Case No. 4:18-cv-06343-HSG (lead case)<br>Action Filed:  October 16, 2018<br><br>Related Case No. 3:20-cv-00815-JSW<br>Action Filed:  February 5, 2020<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STAY**<br><br>Hon. Haywood S Gilliam, Jr. |

Plaintiffs Rajiv Gosain and Happy Valley Road, LLC ("Plaintiffs"); Defendants Bergquist Wood McIntosh Seto, LLP, Bruce McIntosh, and Stephen Seto ("Bergquist Defendants"); and Defendants Merlin Law Group, Michael Duffy, Chip Merlin, and Denise Sze ("Merlin Defendants") (collectively referred to herein as the "Parties), hereby stipulate:

WHEREAS, on August 11, 2022, Plaintiffs filed a Motion to Stay and as part of that motion offered to have Mr. Gosain's "deposition taken without full notice timing on the issues raised in th[e] motion." ECF Nos. 193 and 193-1.

WHEREAS, Plaintiffs have agreed and confirmed that Mr. Gosain will appear remotely on August 26, 2022 at 12:00 noon PST for a deposition on the issues raised in the Motion to Stay and that the deposition will be without prejudice to any other depositions of Plaintiffs sought in discovery.

WHEREAS, responses to the Motion to Stay are currently due August 25, 2022.

The Parties stipulate and request that the Court modify the briefing schedule on the Motion to Stay as follows:  Responses due by 9/2/2022.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 23, 2022                                    THE SYDOW FIRM


                                                          /s/ Michael D. Sydow
                                                          MICHAEL D. SYDOW
                                                          Attorneys for Plaintiffs
                                                          RAJIV GOSAIN and HAPPY VALLEY ROAD
                                                          LLC


Dated: August 23, 2022                                    VOGEL MEREDITH BURKE


                                                          /s/ Kurt Bridgman
                                                          KURT BRIDGMAN
                                                          GUY STILSON
                                                          Attorneys for Defendants
                                                          BERGQUIST WOOD MCINTOSH SETO, LLP,
                                                          BRUCE MCINTOSH and STEPHEN SETO

Dated: August 23, 2022                           LONG & LEVIT LLP


                                        */s/ Peter H. Bales*
                                        JOSEPH P. MCMONIGLE
                                        JESSICA R. MACGREGOR
                                        PETER H. BALES
                                        Attorneys for Defendants and
                                        Third Party Defendants
                                        MERLIN LAW GROUP, PA, WILLIAM
                                        MERLIN, MICHAEL DUFFY and DENISE SZE


                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 8/23/2022

                                        *Haywood S. Gilliam Jr.*
                                        HAYWOOD S. GILLIAM, JR.
                                        United States District Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104