JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
PETER H. BALES, Bar No. 251345
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
Email:         jmcmonigle@longlevit.com
                   jmacgregor@longlevit.com
                   pbales@longlevit.com

Attorneys for Defendants and Third Party Defendants
MERLIN LAW GROUP, PA, WILLIAM MERLIN, MICHAEL DUFFY and DENISE SZE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH, and STEPHEN SETO,<br><br>    Defendants. | Case No. 4:18-cv-06343-HSG<br>Action Filed:   October 16, 2018<br><br>**STIPULATION OF DISMISSAL OF ALL ACTIONS WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Hon. Haywood S Gilliam, Jr. |
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERLIN LAW GROUP PA, DENISE SZE, MICHAEL DUFFY, and WILLIAM MERLIN,<br><br>    Defendants. | Case No. 3:20-cv-00815-HSG<br>Action Filed:   February 5, 2020 |

Plaintiffs Rajiv Gosain and Happy Valley Road, LLC ("Plaintiffs"); Defendants Bergquist Wood McIntosh Seto, LLP, Bruce McIntosh, and Stephen Seto ("Bergquist Defendants"); and Defendants Merlin Law Group, Michael Duffy, Chip Merlin, and Denise Sze ("Merlin Defendants") (collectively referred to herein as the "Parties), hereby stipulate through the signatures of their counsel on this Stipulation:

WHEREAS, the Parties have entered into a Confidential Settlement Agreement and General Release (the "Agreement"), which requires that the actions pending in Case No. 4:18-cv-06343 and Case No. 3:20-cv-00815 (the "Actions") be dismissed with prejudice.

The Parties stipulate and request to dismiss the Actions, as well as any counterclaim, crossclaim, or third-party claim pending in the Actions, with prejudice.

The Parties stipulate that all Parties are to bear their own costs and attorneys' fees, as provided for in the Agreement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD WITH AUTHORIZATION AND APPROVAL FROM THEIR RESPECTIVE CLIENTS**

Dated: September 2, 2022              THE SYDOW FIRM

　　　　　　　　　　　　　　　　　　　　　　 */s/ Michael D. Sydow*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. SYDOW
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　RAJIV GOSAIN and HAPPY VALLEY ROAD LLC

Dated: September 2, 2022              VOGEL MEREDITH BURKE

　　　　　　　　　　　　　　　　　　　　　　 */s/ Kurt Bridgman*
　　　　　　　　　　　　　　　　　　　　　　KURT BRIDGMAN
　　　　　　　　　　　　　　　　　　　　　　GUY STILSON
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH and STEPHEN SETO

Dated: September 2, 2022              LONG & LEVIT LLP

                                              */s/ Peter H. Bales*
JOSEPH P. MCMONIGLE
JESSICA R. MACGREGOR
PETER H. BALES
Attorneys for Defendants and
Third Party Defendants
MERLIN LAW GROUP, PA, WILLIAM
MERLIN, MICHAEL DUFFY and DENISE SZE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Actions, as well as any counterclaim, crossclaim, or third-party claim pending in the Actions, are dismissed with prejudice.

All Parties are to bear their own costs and attorneys' fees.

DATED: _____

                                            _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

4881-9265-0800 v.2

3    Case No. 4:18-cv-06343-HSG and Case No. 3:20-cv-00815-HSG
STIPULATION AND [PROPOSED] ORDER RE DISSMISAL