JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
PETER H. BALES, Bar No. 251345
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
Email:    jmcmonigle@longlevit.com
          jmacgregor@longlevit.com
          pbales@longlevit.com

Attorneys for Defendants and Third Party Defendants
MERLIN LAW GROUP, PA, WILLIAM MERLIN, MICHAEL DUFFY and DENISE SZE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH, and STEPHEN SETO,<br><br>　　　Defendants. | Case No. 4:18-cv-06343-HSG<br>Action Filed:  October 16, 2018<br><br>**STIPULATION OF DISMISSAL OF ALL ACTIONS WITH PREJUDICE AND ORDER**<br><br>Hon. Haywood S Gilliam, Jr. |
| RAJIV GOSAIN and HAPPY VALLEY ROAD, LLC,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MERLIN LAW GROUP PA, DENISE SZE, MICHAEL DUFFY, and WILLIAM MERLIN,<br><br>　　　Defendants. | Case No. 4:20-cv-00815-HSG<br>Action Filed:  February 5, 2020 |

Plaintiffs Rajiv Gosain and Happy Valley Road, LLC ("Plaintiffs"); Defendants Bergquist Wood McIntosh Seto, LLP, Bruce McIntosh, and Stephen Seto ("Bergquist Defendants"); and Defendants Merlin Law Group, Michael Duffy, Chip Merlin, and Denise Sze ("Merlin Defendants") (collectively referred to herein as the "Parties), hereby stipulate through the signatures of their counsel on this Stipulation:

WHEREAS, the Parties have entered into a Confidential Settlement Agreement and General Release (the "Agreement"), which requires that the actions pending in Case No. 4:18-cv-06343 and Case No. 3:20-cv-00815 (the "Actions") be dismissed with prejudice.

The Parties stipulate and request to dismiss the Actions, as well as any counterclaim, crossclaim, or third-party claim pending in the Actions, with prejudice.

The Parties stipulate that all Parties are to bear their own costs and attorneys' fees, as provided for in the Agreement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD WITH AUTHORIZATION AND APPROVAL FROM THEIR RESPECTIVE CLIENTS**

Dated: September 2, 2022                    THE SYDOW FIRM

                                                                         */s/ Michael D. Sydow*
MICHAEL D. SYDOW
Attorneys for Plaintiffs
RAJIV GOSAIN and HAPPY VALLEY ROAD LLC

Dated: September 2, 2022                    VOGEL MEREDITH BURKE

                                                                         */s/ Kurt Bridgman*
KURT BRIDGMAN
GUY STILSON
Attorneys for Defendants
BERGQUIST WOOD MCINTOSH SETO, LLP, BRUCE MCINTOSH and STEPHEN SETO

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

2   Case No. 4:18-cv-06343-HSG and Case No. 4:20-cv-00815-HSG
STIPULATION AND ORDER RE DISSMISAL
4881-9265-0800 v.2

Dated: September 2, 2022                    LONG & LEVIT LLP

                                            */s/ Peter H. Bales*
                                          JOSEPH P. MCMONIGLE
                                          JESSICA R. MACGREGOR
                                          PETER H. BALES
                                          Attorneys for Defendants and
                                          Third Party Defendants
                                          MERLIN LAW GROUP, PA, WILLIAM
                                          MERLIN, MICHAEL DUFFY and DENISE SZE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Actions, as well as any counterclaim, crossclaim, or third-party claim pending in the Actions, are dismissed with prejudice.

All Parties are to bear their own costs and attorneys' fees.

DATED: ___9/2/2022___

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

3                    Case No. 4:18-cv-06343-HSG and Case No. 4:20-cv-00815-HSG
STIPULATION AND ORDER RE DISSMISAL
4881-9265-0800 v.2